KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff GLENN DANZIG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GLENN DANZIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD CAIAFA, an individual; CYCLOPIAN MUSIC, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV14-2540 RGK-RZ<br><br>COMPLAINT for<br>1) Breach of Contract<br>2) Violation of Lanham Act<br>3) Interference with Prospective Business Advantage<br>4) Accounting<br>5) Declaratory Relief<br><br>JURY TRIAL DEMANDED |

Plaintiff Glenn Danzig ("Danzig") alleges as follows:

**THE PARTIES**

1. Plaintiff Glenn Danzig is and at all times material herein has been an internationally known recording artist and a resident of Los Angeles, California.

2. On information and belief, defendant Gerald Caiafa ("Caiafa") is and at all times material herein has been a resident of the State of New Jersey.

3. On information and belief, defendant Cyclopian Music, Inc. ("Cyclopian") is a corporation organized and existing under the laws of the State of New Jersey. References hereinafter to "Caiafa" include Cyclopian.

4. Defendants Does 1 through 10, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to Danzig. When

their true names and capacities are ascertained, Danzig will amend this complaint by inserting their true names and capacities herein. Upon information and belief, each defendant named herein as a Doe acted with defendants and is responsible for the damages to Danzig herein alleged. Each reference in this complaint to any defendant also refers to all defendants sued under fictitious names.

5.  Upon information and belief, at all times material herein each of the defendants was the agent and employee of the other defendants and in doing the things hereinafter alleged was acting within the course and scope of such agency and employment.

## JURISDICTION AND VENUE

6.  This Court has subject matter jurisdiction herein under the Lanham Act, 15 U.S.C. § 1125, the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and pursuant to 28 U.S.C. §1332 (a)(1), in that Danzig is a citizen of the State of California, defendants are citizens of the State of New Jersey, and the amount in controversy exceeds $75,000, exclusive of interest and costs. In addition, this Court has subject matter jurisdiction over Danzig's state law claims pursuant to 28 U.S.C. §§ 1331 and 1367(a).

7.  Venue lies within this Court pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial part of the events and omissions giving rise to the claims alleged herein occurred, and a substantial amount of property that is the subject of this action is situated, in this district.

## FACTS APPLICABLE TO ALL CLAIMS FOR RELIEF

8.  In 1977, Danzig founded the seminal "horror punk" rock group The Misfits. Danzig was the creative force behind The Misfits.

9.  After forming the band, Danzig replaced the original bass player with Caiafa, whose primary qualification was that he had recently received a bass guitar for Christmas.

10. The Misfits were a prominent part of the punk rock scene until 1983,

when they disbanded because Danzig decided to pursue other projects.

11. Danzig was the creative force behind The Misfits and was solely responsible for the band's success and its continuing enormous influence on popular music, including not only punk rock, but also heavy metal, alternative rock and other genres. Danzig wrote the vast majority of the music and lyrics of all of The Misfits songs.

12. Danzig also was responsible for The Misfits placing skeletal patterns and motifs in their performances, including what became known as the "Fiend Skull." The skeletal figure and the Fiend Skull became Misfits logos. Caiafa did not design the logo.

13. Among fans, 1977-1983 is known as the "Classic Misfits Era" by virtue of Danzig's founding and creative leadership of the group during that period.

14. After disbanding The Misfits, Danzig continued to perform The Misfits songs in live performances, to sell merchandise bearing The Misfits name, and to refer to The Misfits in interviews and during performances.

15. In contrast, after the 1983 breakup of The Misfits, Caiafa disavowed involvement with The Misfits material, telling one interviewer in 1989 "We're not back to sell you the Misfits because we want to let Glenn [Danzig] sell them." Caiafa worked at his father's factory and formed a Christian oriented group called "Kryst the Conqueror."

16. Danzig's post-Misfits popular success led to renewed interest in The Misfits. In the late 1980s The Misfits' albums were reissued and new compilations of The Misfits' music were released. In the early 1990s, some of the world's most successful bands, including Metallica and Guns N' Roses, recorded and released The Misfits' songs.

17. In 1992, seeing opportunity in the response to The Misfits' music's resurgence, Caiafa and other former Misfits members filed a lawsuit against Danzig (the "1992 lawsuit") in the United States District Court for the Southern District of

1  New York, in which they claimed, among other things, the exclusive right to use
2  The Misfits' name and associated logos and artwork.
3      18.   On December 31, 1994, the parties to the 1992 lawsuit entered into a
4  written settlement agreement (the "1994 Agreement"). Danzig entered into the 1994
5  Agreement in Los Angeles, California and, on information and belief, Caiafa
6  entered into it in New York, New York.
7      19.   The 1994 Agreement contained a paragraph entitled "Merchandising"
8  that provided that Danzig, on the one hand, and Caiafa and certain other parties to
9  the 1994 Agreement aligned with Caiafa on the other hand, would share ownership
10 of The Misfits' name, trademarks, logos and artwork in existence during the Classic
11 Misfits Era. Among other things, the agreement provided as follows:

> "The Plaintiffs and Danzig shall each have the non-
> exclusive right to conduct merchandising and to exploit
> other rights relating to the use and exploitation of the
> name 'Misfits' and accompanying logos and artwork
> except that neither party shall use the names, likenesses
> and visual representations of the members of the other
> party without written consent."

19     20.   Thereafter, Danzig and Caiafa both used The Misfits name, trademarks,
20 logos and artwork. Danzig performed Misfits songs in live performances, including
21 with original Misfits member Doyle Caiafa (Caiafa's brother); spoke to audiences
22 about The Misfits and their music; and licensed The Misfits name, trademark, logos
23 and artwork on merchandise including tee shirts, caps, and other items.
24     21.   In or about 1995, to capitalize on the resurgent popularity of The
25 Misfits, Caiafa formed an entirely new group which he called "The Misfits."
26 Caiafa's registrations and attempted registrations of The Misfits related trademarks
27 and his attempts to obtain exclusive rights to their use is a fraudulent effort to
28 capitalize on The Misfits' and Danzig's popularity and Danzig's goodwill as the

KING, HOLMES,
PATERNO &
BERLINER, LLP

3421.065/754532.1                               4

creative force behind The Misfits and as a still-successful recording artist, composer and performer, calculated to deceive consumers into believing that Danzig endorses Caiafa's exclusive use of the Marks in connection with his imitation misfits.

**Caiafa's Fraudulent Assertion of Exclusive Ownership of the Marks**

22. Caiafa has breached the 1994 Agreement by filing trademark registration applications seeking to misappropriate for himself exclusive ownership of The Misfits' name, logo and artwork, as follows:

**The Registered Marks**

a) On or about October 2, 2000, without Danzig's knowledge or consent, Caiafa filed an application with the United States Patent and Trademark Office (the "PTO") to register the trademark "MISFITS," Serial Number 76138226, for International Class 041 goods, in which he fraudulently concealed Danzig's co-ownership of that mark and fraudulently stated that the first use of the mark was October 5, 1999. On December 16, 2003, the PTO registered that mark under Registration Number 2793533.

b) On or about November 20, 2000, without Danzig's knowledge or consent, Caiafa filed an application with the PTO to register the trademark "MISFITS," Serial Number 76167459, for International Classes 16 and 41 goods, in which he fraudulently concealed Danzig's co-ownership of that mark and fraudulently stated that the first use of the mark was April 19, 1994. On October 2, 2002, the PTO registered that Mark under Registration Number 2634215.

c) On or about November 20, 2000, without Danzig's knowledge or consent, Caiafa filed an application with the PTO to register a trademark consisting of the word "MISFITS" in stylized script, Serial Number 76152924, for International Classes 9, 16 and 25 goods, in which he fraudulently concealed Danzig's co-ownership of that mark and fraudulently stated that the first use of the mark was April 19, 1994. On July 15, 2003, the PTO registered that Mark under Registration Number 2735945.

    d)    On or about April 29, 2000, without Danzig's knowledge or consent, Caiafa filed an application with the PTO to register a trademark consisting of a stylized skull referred to as the "Fiend Skull" (the "Fiend Skull") Serial Number 76402336, for International Class 14 goods, in which he fraudulently concealed Danzig's co-ownership of that mark and represented that that the first use of the mark was October 1, 1978. On October 7, 2003, the PTO registered that Mark under Registration Number 2770984.

    e)    PTO Registration Numbers 2793533, 2634215, 2735945 and 2770984 are referred to collectively hereinafter as the "Registered Marks."

### The Pending Application Marks

    a)    On or about August 3, 2004, without Danzig's knowledge or consent, Caiafa filed an application with the PTO to register a trademark consisting of the word "MISFITS", Serial Number 76605515, for International Class 25 goods, in which he fraudulently concealed Danzig's co-ownership of that mark and fraudulently stated that the first use of the mark was April 19, 1994.

    b)    On or about August 3, 2004, without Danzig's knowledge or consent, Caiafa filed an application with the PTO, Serial Number 76605840, to register a trademark consisting of the word "MISFITS" in the same stylized script as the mark registered as Registration Number 2735945, for International Class 25 goods, in which he fraudulently concealed Danzig's co-ownership of that mark and fraudulently stated that the first use of the mark was April 19, 1994. Serial Numbers 76605515 and 76605840 are referred to collectively hereinafter as the "Pending Application Marks." The Registered Marks and the Pending Application Marks are referred to collectively hereinafter as the "Marks."

23.    On November 5, 2005, Danzig filed a cancellation proceeding with the Trademark Trial Appeals Board (the "TTAB") to cancel PTO Registration Numbers 2793533, 2634215, and 2735848, Cancellation Number 92045173.

24.    On October 6, 2008, Danzig filed a cancellation proceeding with the

KING, HOLMES, PATERNO & BERLINER, LLP

3421.065/754532.1

TTAB to cancel PTO Registration No. 2770984, Cancellation Proceeding 92050014.

25. On March 7, 2008, Danzig filed an opposition proceeding with the TTAB opposing registration of Serial Number 76605515, Opposition proceeding 76605515.

26. On May 9, 2008, Danzig filed an opposition proceeding with the TTAB opposing registration of Serial Number 76605840, Opposition proceeding 91184044.

27. The above-referenced cancellation and opposition proceedings are referred to collectively hereinafter as the "TTAB Proceedings." The gravamen of the TTAB proceedings is that, pursuant to the 1994 Agreement, Danzig co-owns each of the Marks, that Caiafa's application to register the Marks failed to identify the correct owners of the Marks; and that Caiafa's applications to register the Marks were fraudulent because Caiafa knowingly and intentionally failed to disclose Danzig's co-ownership and, except for the Fiend Skull, misrepresent the first use of the marks as having been after the date that Danzig disbanded The Misfits, all in an effort to deny Danzig his contractual and legal rights in the Marks.

## FIRST CLAIM FOR RELIEF
### (For Breach of Contract)

28. Danzig incorporates by reference as though fully set forth paragraphs 1 through 27 above.

29. Danzig has performed all conditions, covenants and promises required on his part to be performed under the 1994 Agreement, except those that Caiafa has waived or that were rendered impossible to perform.

30. Caiafa has breached and continues to breach the 1994 Agreement by applying for and pursuing exclusive ownership of the Marks.

31. Caiafa has further breached and continues to this day to breach the 1994 Agreement by notifying merchandisers that any license to exploit the Marks

must be conditioned on the merchandisers' agreements not to enter into license agreements with Danzig for use of the Marks and to pay monetary penalties if they enter into agreements with Danzig or his designees to exploit the Marks.

32. As a result of Caiafa's breaches of the 1994 Agreement, Danzig has suffered damages in the form of lost opportunities to exploit the Marks, in an amount in excess of $75,000 to be proved at trial, plus interest at the legal rate.

## SECOND CLAIM FOR RELIEF
(For Violation of the Lanham Act, 15 U.S.C. § 1125(a))

33. Danzig incorporates by reference as though fully set forth paragraphs 1 through 32 above.

34. Caiafa has prevented and continues to prevent other retailers, including Hot Topic, which is the largest retailer of The Misfits products, from entering into licenses with Danzig and/or his designee to merchandise products bearing the Fiend Skull and other Marks by falsely instructing the merchandisers that he is the exclusive owner of the Marks, and that, if they enter into a license agreement with Danzig to exploit the Marks, they must pay Caiafa a license fee and/or a significant monetary penalty. Among others, Caiafa directed such threats specifically to merchandiser Hot Topic in Los Angeles, the location of Hot Topic's corporate offices, causing Hot Topic to refuse to license the Fiend Skull from Danzig to this day.

35. Caiafa has purposefully led merchandisers, including Hot Topic, to believe that they are legally bound not to accept licenses to exploit the Marks from Danzig or his designees, and Caiafa continues to do so.

36. Caiafa's misrepresentations have proximately caused injury to Danzig by causing merchandisers not to do business with him, and have deceived consumers as to the source of merchandise bearing the Marks, because the vast majority of The Misfits fans associate the Marks with the 1977-1983 Classic Misfits Era when Danzig was the creative heart of The Misfits, and not with Caiafa's

imitation misfits.

37. Caiafa's false advertising and misrepresentations to merchandisers and consumers have caused Danzig to suffer damages in excess of $75,000, plus interest at the legal rate.

### THIRD CLAIM FOR RELIEF

(Interference with Prospective Business Advantage)

38. Danzig incorporates by reference as though fully set forth paragraphs 1 through 37, above.

39. Had Caiafa not interfered with Danzig's ability to exploit the Marks, Danzig or his designee would have entered into lucrative agreements to license the Marks to merchandisers, including Hot Topic.

40. Caiafa knows and at all times material herein has known that Danzig has the contractual and legal right to exploit the Marks and that the public associates the Marks with Danzig, not with Caiafa.

41. Caiafa has intentionally disrupted the economic relationship between Danzig and merchandisers, including Hot Topic, by use of threats and intimidation, including threats to withhold licensing rights to the Marks from merchandisers and by charging merchandisers penalties for doing business with Danzig and his licensees.

42. As a direct and proximate result of Caiafa's false representations, threats and intimidation, Danzig's ability to exploit the Marks has been greatly limited, causing him to suffer lost profits in excess of $75,000, plus interest at the legal rate.

43. Caiafa's aforementioned conduct was done with the intention to deprive Danzig of property and legal rights and otherwise to cause injury, and was despicable conduct that subjected Danzig to cruel and unjust hardship in conscious disregard of his rights, so as to justify an award of exemplary and punitive damages.

///

## FOURTH CLAIM FOR RELIEF

(For Declaratory Relief)

44. Danzig incorporates by reference as though fully set forth paragraphs 1 through 43 above.

45. Danzig contends that he is a co-owner of the Marks and that Caiafa's registration of the Registered Marks and applications to register the Pending Application Marks were and are fraudulent as to the United States Patent and Trademark Office, designed to mislead consumers and merchandisers, and in breach of Caiafa's obligations to Danzig under the 1994 Agreement.

46. On information and belief, Caiafa asserts that he is the exclusive owner of the Marks.

47. Danzig therefore seeks a declaration that he is a co-owner of the Marks, that Caiafa's registration of the Registered Marks was fraudulent and in breach of the 1994 Agreement and that such registrations should be cancelled; and that Caiafa's attempt to register the Pending Application Marks is fraudulent and in breach of the 1994 Agreement and should be rejected.

## FIFTH CLAIM FOR RELIEF

(For an Accounting)

48. Danzig incorporates by reference as though fully set forth paragraphs 1 through 47 above.

49. Balances are due from Caiafa to Danzig for revenues that Caiafa has received by preventing merchandisers from doing business with Danzig.

50. The exact amount of money due from Caiafa is unknown to Danzig and can only be ascertained through an accounting. Danzig seeks an order from this Court directing Caiafa to provide him with an accounting and payment of the amount due as a result of the accounting, plus interest.

///
///

WHEREFORE, Danzig prays for judgment as follows:

1. For damages, plus interest at the legal rate;

2. For a declaration that Danzig is a co-owner of the Marks and that Caiafa is not entitled to exclusive ownership of the Marks or to their registration in his or Cyclopian's name;

3. For preliminary and permanent injunctive relief prohibiting Caiafa from further prosecuting the applications for registration of the Pending Application Marks or filing further applications without identifying Danzig as a co-owner;

4. For punitive and exemplary damages;

5. For an accounting;

6. For a constructive trust; and

7. For such other and further relief as the Court deems just and proper.

DATED: April 2, 2014

KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiff GLENN DANZIG

3421.065/754532.1

11

**REQUEST FOR JURY TRIAL**

Plaintiff respectfully requests a trial by jury for the claims asserted herein.

DATED: April 2, 2014

KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiff GLENN DANZIG

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
GLENN DANZIG, an individual

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
GERALD CAIAFA, et al.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Howard E. King, Esq. - SBN 077012
Stephen D. Rothschild, Esq. - SBN 132514
KING, HOLMES, PATERNO & BERLINER, LLP
1900 Avenue of the Stars, 25th Floor, Los Angeles, CA 90067
(310) 282-8989

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☒ MONEY DEMANDED IN COMPLAINT: $ 75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1125; false advertising.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ- enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com- modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury- Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/ Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities- Employment | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

CV14-2540

FOR OFFICE USE ONLY:     Case Number: _____

CV-71 (09/13)                            CIVIL COVER SHEET                            Page 1 of 3

3421.065   CCD-CV71

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF | INITIAL DIVISION IN CACD IS |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies:<br><br>☐ 2 or more answers in Column C<br><br>☐ only 1 answer in Column C and no answers in Column D<br><br>Your case will initially be assigned to the<br>**SOUTHERN DIVISION.**<br>Enter "Southern" in response to Question D, below.<br><br>If none applies, answer question C2 to the right. ➡ | C.2. Is either of the following true? If so, check the one that applies:<br><br>☐ 2 or more answers in Column D<br><br>☐ only 1 answer in Column D and no answers in Column C<br><br>Your case will initially be assigned to the<br>**EASTERN DIVISION.**<br>Enter "Eastern" in response to Question D, below.<br><br>If none applies, go to the box below. ⬇ |
|---|---|

Your case will initially be assigned to the
**WESTERN DIVISION.**
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   [X] NO   [ ] YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   [X] NO   [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _/s/ Stephen D. Rothschild_   DATE: April 3, 2014

Stephen D. Rothschild, Esq.

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____R. Gary Klausner_____ and the assigned Magistrate Judge is _____Ralph Zarefsky_____ .

The case number on all documents filed with the Court should read as follows:

**2:14-cv-02540 RGK-RZx**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

April 3, 2014                         By   SBOURGEOIS
Date                                       Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | [ ] Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)          NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES