|   |   |
|---|---|
| 1 | **K&L GATES LLP** |
| 2 | 10100 Santa Monica Boulevard<br>Seventh Floor |
| 3 | Los Angeles, California 90067<br>Telephone: 310.552.5000 |
| 4 | Facsimile: 310.552.5001 |

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Gerard Caiafa and
Cyclopian Music, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANZIG<br><br>                    Plaintiff,<br><br>     vs.<br><br>GERALD CAIAFA; CYCLOPIAN MUSIC, INC., *et al.*<br><br>                    Defendants. | Case No. CV14-2540<br><br>**REDACTED<br>DECLARATION OF GERARD CAIAFA IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:         July 28, 2014<br>Time:        9:00 a.m.<br>Courtroom: 850<br><br>[Assigned to Honorable R. Gary Klausner] |

**DECLARATION OF GERARD CAIAFA IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Gerard Caiafa, hereby declare:

1. I am over eighteen (18) years of age, have personal knowledge of the matters set forth herein and am competent to testify hereto.

2. I am the President of Cyclopian Music, Inc. ("Cyclopian") and in that capacity I ultimately supervise all of Cyclopian's activities.

3. I am also a current member of the MISFITS musical group, performing under the stage name "Jerry Only." Along with Glenn Danzig, I founded the MISFITS in or around 1977. I am the only person to perform in the MISFITS from the group's inception through the present.

4. Since 1994, I, through Cyclopian, have exclusively controlled the MISFITS as an active musical group.

5. I founded Cyclopian to conduct the business activities of the MISFITS. Cyclopian is a New Jersey corporation with its principal place of business in New Jersey.

6. I live and reside in the State of New Jersey.

7. I have never owned any real estate in California, nor have I ever leased any property in California.

8. Cyclopian has never owned any real estate in California, nor has it ever leased any property in California.

9. I have never paid any income tax to the state of California.

10. Cyclopian has never paid any income tax to the state of California.

11. I have never had a bank account in California.

12. Cyclopian has never had a bank account in California.

13. I have never maintained an office in California nor have I ever designated an agent for service of process in California.

14. Cyclopian has never maintained an office in California nor has it ever designated an agent for service of process in California.

1

**DECLARATION OF GERARD CAIAFA IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

15. I have never maintained a driver's license or professional license in California.

16. Cyclopian does not have an office or any employees in California and is not registered to do business in California.

17. I do not regularly transact business in California.

18. Cyclopian does not regularly transact business in California.

19. Over the past three years, the MISFITS have performed in California seven times in 2012 and five times 2013, and are scheduled to perform in California five times in November 2014. These 17 live concert performances are a negligible percentage of the hundreds of concerts that the MISFITS have played over this period. Regardless, the claims in this lawsuit do not arise out of any of those concerts in California.

20. Cyclopian's corporate records and business documents largely are located in New Jersey.

21. Cyclopian does not have any practice, policy, strategy, or goal to uniquely target California residents for the marketing, promotion, or sale of any consumer products, including MISFITS merchandise or music.

22. [REDACTED]

23. [REDACTED]

24. [REDACTED]

2

**DECLARATION OF GERARD CAIAFA IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

25. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2014 in Vernon, New Jersey.

*Gerard Caiafa*

3

DECLARATION OF GERARD CAIAFA IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION