**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Gerard Caiafa and
Cyclopian Music, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANZIG<br><br>       Plaintiff,<br><br>    vs.<br><br>GERALD CAIAFA; CYCLOPIAN MUSIC, INC., *et al.*<br><br>       Defendants. | Case No. 2:14-CV-02540-RGK (RZx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2) OR IN THE ALTERNATIVE, FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:        July 28, 2014<br>Time:        9:00 a.m.<br>Courtroom:   850<br><br>[Assigned to Honorable R. Gary Klausner] |

1

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

1   Having considered Defendants' Gerard Caiafa (erroneously sued as Gerald
2   Caiafa) and Cyclopian Music, Inc. (collectively, "Defendants") Motion to Dismiss for
3   Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) or in the Alternative to
4   Transfer Pursuant to 28 U.S.C. § 1404(a), the supporting memorandum of points and
5   authorities, the declaration, request for judicial notice, and all other relevant documents
6   on file in this action, the Court finds as follows:
7   The Court GRANTS Defendants' Motion to Dismiss for Lack of Personal
8   Jurisdiction Pursuant to Rule 12(b)(2).
9   [or]
10  The Court GRANTS Defendants' Motion to Transfer Pursuant to 28 U.S.C. §
11  1404(a) and hereby transfers this action to the United States District Court for the
12  District of New Jersey.
13
14
15
16
17  **IT IS SO ORDERED.**
18
19  Dated: _____          _____
20                                          Honorable R. Gary Klausner
                                            United States District Judge
21
22
23
24
25
26
27
28