**EXHIBIT 4**

# Yvette Toko

| | |
|---|---|
| **From:** | Steve Rothschild |
| **Sent:** | Wednesday, January 14, 2015 2:22 PM |
| **To:** | Peter Paterno; Joe Carlone |
| **Subject:** | FW: FOR SETTLEMENT PURPOSES ONLY |

From: Krasik, Curtis B. [mailto:Curtis.Krasik@klgates.com]
Sent: Wednesday, January 14, 2015 2:19 PM
To: Steve Rothschild
Cc: Joe Carlone; Krasik, Curtis B.
Subject: RE: FOR SETTLEMENT PURPOSES ONLY

FOR SETTLEMENT PURPOSES ONLY

Steve,

Ignoring your unfortunate -- and unfunny -- attempt at humor at my client's expense (I'm sure that was covered somewhere in the Central District's Civility and Professionalism Guidelines you were so kind to provide), the point in your email is correct and was overlooked in my 1/13 attempt to clarify the different "buckets" of Live Nation merch. There should be a category no. 5 that says:

5. Merch depicting the Misfits word or horror font marks created by Danzig post '95 settlement sold/licensed by Live Nation, Danzig shall be paid 100%.

Please let me know if you have any other questions.

From: Steve Rothschild [mailto:Rothschild@khpblaw.com]
Sent: Wednesday, January 14, 2015 4:41 PM
To: Krasik, Curtis B.
Cc: Joe Carlone
Subject: RE: FOR SETTLEMENT PURPOSES ONLY

Curt—

1

  Before Mr. Ciafero disabled his pause button, I thought you explained that per the proposal Glenn would have equal rights to exploit the Misfits word and horror font marks, which I took to mean that he would retain all of his revenues from sales of his non-fiend skull designs incorporating those marks, except for designs from the classic period and reunion.  Your summary doesn't seem to address that issue.  Please clarify.

  Also, please respond to my email about the extension.

Thanks.

From: Krasik, Curtis B. [mailto:Curtis.Krasik@klgates.com]
Sent: Tuesday, January 13, 2015 6:53 AM
To: Steve Rothschild
Cc: Krasik, Curtis B.
Subject: FOR SETTLEMENT PURPOSES ONLY

FOR SETTLEMENT PURPOSES ONLY

Steve,

I want to be sure that we are clear on the different "buckets" of Live Nation merch that John described in our call today.  Confirming as follows:

1.  Merch depicting '77-'83 era Misfits designs sold/licensed by Live Nation shall be split 50/50.

2.  Merch depicting the Fiend Skull sold/licensed by Live Nation shall be split 50/50.

3.  Merch depicting reunion-specific Misfits designs sold/licensed by Live Nation shall be split 50/50.

4.  Merch depicting Misfits designs created by Cyclopian post '95 settlement sold/licensed by Live Nation, Cyclopian shall be paid 100%; merch depicting Samhain or Danzig designs sold/licensed by Live Nation, Danzig shall be paid 100%.

I hope this helps to clarify the parameters of a potential deal.  Please let me know if you have any questions or want to discuss further.

<http://www.klgates.com/>

Curt Krasik
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412.355.8696
Fax: 412.355.6501

curtis.krasik@klgates.com

www.klgates.com <http://www.klgates.com/>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4