**EXHIBIT 16**

# Yvette Toko

| | |
|---|---|
| **From:** | Krasik, Curtis B. <Curtis.Krasik@klgates.com> |
| **Sent:** | Friday, January 23, 2015 1:53 PM |
| **To:** | Yvette Toko; Verdini, Christopher M.; Gold, Seth A.; Goodrich, Christina N. |
| **Cc:** | Howard King; Steve Rothschild; Krasik, Curtis B. |
| **Subject:** | RE: Danzig v. Caiafa et al., USDC (C.D. Cal.) Case No. 2:14-cv-02540-RGK-RZx |

Steve,

Regarding your deposition notice to Gerard Caiafa, we would like to conduct the deposition in Wayne, New Jersey, which is closer to the deponent's current residence.  I assume it makes no difference to you whether you get a conference room in Wayne or Westfield, New Jersey.  Additionally, due to a prior commitment scheduled before we received your deposition notice on January 15th, we will need to start the deposition at noon.  This obviously will not affect your time to take the deposition in accordance with the Federal Rules of Civil Procedure.  Please confirm the new location of the deposition at your earliest opportunity.  Thank you.


From: Yvette Toko [mailto:ytoko@khpblaw.com]
Sent: Thursday, January 15, 2015 8:24 PM
To: Krasik, Curtis B.; Verdini, Christopher M.; Gold, Seth A.; Goodrich, Christina N.
Cc: Howard King; Steve Rothschild
Subject: Re: Danzig v. Caiafa et al., USDC (C.D. Cal.) Case No. 2:14-cv-02540-RGK-RZx



Good afternoon,



On behalf of Mr. King and Mr. Rothschild, please refer to the attached.



Yvette T. Toko
Secretary to Stephen D. Rothschild, Esq.
King, Holmes, Paterno & Berliner, LLP

1900 Ave of the Stars, 25th Floor, Los Angeles, CA 90067
Tel.: 310.282.8989 Ext. 255 | Direct: (310) 282-8955

Fax: 310.282.8903 | Email: ytoko@khpblaw.com <mailto:ytoko@khpblaw.com>

1

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4