**EXHIBIT 18**

## Yvette Toko

| | |
|---|---|
| **From:** | Steve Rothschild |
| **Sent:** | Monday, January 26, 2015 6:04 PM |
| **To:** | curtis.krasik@klgates.com |
| **Subject:** | Danzig v. Caiafa Deposition Schedule |

Curt:

Our client is available for his deposition February 4, 5 or 6, and possibly the following week.  I expect to have dates from Hot Topic and Felix Sebacious shortly.   I also am going to notice Mr. Cafiero's deposition tomorrow.  I will notice it for February 6, but we can fit it into whatever schedule we agree on for the two west coast and three east coast depositions.

Let me know if you want to stipulate to extend the discovery and motion cutoff dates for 30 days so that we can complete our settlement discussions before investing in motion practice.

Steve

Stephen D. Rothschild
King, Holmes, Paterno & Berliner LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone:  310-282-8986
Facsimile:  310-282-8903
Email:       rothschild@khpblaw.com <mailto:rothschild@khpblaw.com>

1