**EXHIBIT 20**

**Yvette Toko**

**From:**          Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Sent:**          Wednesday, January 28, 2015 10:15 AM
**To:**            Steve Rothschild
**Cc:**            Yvette Toko
**Subject:**       RE: Danzig v. Caiafa Deposition Schedule

OK.  I will be out of the office so I will call your office then.

From: Steve Rothschild [mailto:Rothschild@khpblaw.com]
Sent: Wednesday, January 28, 2015 1:12 PM
To: Krasik, Curtis B.
Cc: Yvette Toko
Subject: RE: Danzig v. Caiafa Deposition Schedule

6 p.m/3 p.m. is good.

Stephen D. Rothschild
King, Holmes, Paterno & Berliner LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone:  310-282-8986
Facsimile:  310-282-8903
Email:       rothschild@khpblaw.com

From: Krasik, Curtis B. [mailto:Curtis.Krasik@klgates.com]
Sent: Wednesday, January 28, 2015 10:10 AM
To: Steve Rothschild
Subject: RE: Danzig v. Caiafa Deposition Schedule

Tomorrow at 4:30 eastern doesn't work, but I could talk anytime up to 3:30 eastern or at 6 pm eastern.

From: Steve Rothschild [mailto:Rothschild@khpblaw.com]
Sent: Wednesday, January 28, 2015 11:16 AM
To: Krasik, Curtis B.
Subject: Re: Danzig v. Caiafa Deposition Schedule

I have something this afternoon.  How about 4:30 Eastern tomorrow?

On Jan 28, 2015, at 07:25, Krasik, Curtis B. <Curtis.Krasik@klgates.com> wrote:

Thank you for letting me know.  I will cancel my travel arrangements for tomorrow.  Please let me know when you have any additional information.  Do you want to schedule a time to talk later today, say 4:30 eastern, to see where things stand?

From: Steve Rothschild [mailto:Rothschild@khpblaw.com]
Sent: Wednesday, January 28, 2015 10:10 AM
To: Krasik, Curtis B.
Subject: Re: Danzig v. Caiafa Deposition Schedule

Hot Topic is not available Friday.  I am working on getting a date for its deposition.

On Jan 28, 2015, at 06:33, Krasik, Curtis B. <Curtis.Krasik@klgates.com> wrote:

Steve,

As I mentioned in our call on Monday, I was in court all day yesterday and then ran to the airport to catch a flight back to Pittsburgh which is why I could not respond earlier.  I want to get back to you on several points:

First, regarding an extension of discovery, based on our understanding of Judge Klausner's practices, we have decided that we do not want to be part of a stipulated motion to extend discovery.  Of course, we would not oppose such a motion if you should choose to file one.

Second, in response to your email yesterday regarding John Cafiero's deposition, I assumed it was evident that we identified Mr. Cafiero's contact information in our Rule 26 (a) disclosures as c/o K&L Gates' Pittsburgh and LA offices because Mr. Cafiero is our client and therefore may only be contacted through counsel.  This obviously was not any consent to make Mr. Cafiero available to be deposed either in Pittsburgh or LA.  Mr. Cafiero is a resident of New York City and, therefore, he will be made available for his deposition in the New York metro area.

Third, regarding alternative deposition dates, I have confirmed that Mr. Cafiero is available on 2/9 and Jerry Caiafa is available on 2/10.  So the outstanding questions are whether Hot Topic can appear on 2/5 in LA and whether Felix Sebacious is available on 2/11 in NY.  If so, we are agreeable to modifying the deposition schedule to do Danzig's depo on 2/4 in LA, Hot Topic's corp. rep. depo on 2/5 in LA, Cafiero's depo on 2/9 in NY/NJ, Caiafa's depo on 2/10 in NY/NJ, and Sebacious' depo on 2/11 in NY.  We are not agreeable to scheduling any depos after 2/11 in light of our 2/20 deadline to file summary judgment motions.  I am currently booked on a flight tomorrow (Thursday) at 8:30 am eastern -- that is the only direct flight from Pittsburgh to LA tomorrow -- to come to LA for the Hot Topic depo noticed for Friday 1/30 so please confirm as soon as possible if this revised schedule will work.

Fourth, I hope to get back to you later today in response to your 1/26 email in continuation of our settlement discussions.  Thank you.

From: Steve Rothschild [mailto:Rothschild@khpblaw.com]
Sent: Monday, January 26, 2015 9:04 PM
To: Krasik, Curtis B.
Subject: Danzig v. Caiafa Deposition Schedule

Curt:

Our client is available for his deposition February 4, 5 or 6, and possibly the following week.  I expect to have dates from Hot Topic and Felix Sebacious shortly.  I also am going to notice Mr. Cafiero's deposition tomorrow.  I will notice it for February 6, but we can fit it into whatever schedule we agree on for the two west coast and three east coast depositions.

Let me know if you want to stipulate to extend the discovery and motion cutoff dates for 30 days so that we can complete our settlement discussions before investing in motion practice.

Steve

Stephen D. Rothschild
King, Holmes, Paterno & Berliner LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone: 310-282-8986
Facsimile:  310-282-8903
Email:      rothschild@khpblaw.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.-4