**EXHIBIT 21**

# Steve Rothschild

| | |
|---|---|
| **From:** | Krasik, Curtis B. <Curtis.Krasik@klgates.com> |
| **Sent:** | Wednesday, February 04, 2015 6:22 PM |
| **To:** | Steve Rothschild |
| **Subject:** | Re: Danzig v. Caiafa Deposition schedule |

Agreed on the deposition schedule, with the clarification that we discussed doing Danzig's deposition on Tuesday, Wednesday or Thursday (I can't do it on Friday). Thank you.

On Feb 4, 2015, at 8:51 PM, "Steve Rothschild" <Rothschild@khpblaw.com> wrote:

> Curt:
>
> This shall confirm our discussion today about deposition scheduling. Because we have been spending so much time last week and this week on fruitful settlement discussions which are still continuing, we agreed to defer the depositions we had noticed of Messrs. Caiafa, Cafiero, Danzig and Sebacious. Today, we agreed that, if the parties do not reach a settlement before then, I will make Mr. Danzig available for his deposition next week, and you will make Mr. Caiafa and Mr. Cafiero available for their depositions next week or the week of February 16. I will check on Mr. Sebacious's schedule. This agreement shall become effective upon my receipt of confirmation that you agree to it.
>
> Here is the link to the biography of Judge Latin, the mediator I mentioned.
>
> http://secure-web.cisco.com/1tJa34BwKGx-TeSpO2t8sbqIqLXPKvfdn6FYxiyohkUQ-q71hUcakSkOxtZZ7awBtGZXUYp-_5FcYIGY6uTTnZmaY6BeppJl4IzaukxbSVIAc_sFq53r-cFPJBxB4wggiGPZjlJJkwOSQ7W9MP3Do7xxfGENYjhipNvfAFOJxjQw_Fj2UMpqhL99FGRBscX6Z2Vc7RvQdPO9Xf6eQvfCHS7-ABCt7ntKSbmMQcJsRVY8/http%3A%2F%2Fwww.adrservices.org%2Fneutrals%2Fmichael-latin.php
>
>
> Stephen D. Rothschild
> King, Holmes, Paterno & Berliner LLP
> 1900 Avenue of the Stars, 25th Floor
> Los Angeles, CA 90067
> Telephone: 310-282-8986
> Facsimile: 310-282-8903
> Email: rothschild@khpblaw.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.