**EXHIBIT 24**

## Steve Rothschild

| | |
|---|---|
| **From:** | Krasik, Curtis B. <Curtis.Krasik@klgates.com> |
| **Sent:** | Friday, February 13, 2015 9:30 AM |
| **To:** | Steve Rothschild |
| **Cc:** | Gold, Seth A.; Goodrich, Christina N. |
| **Subject:** | Danzig v. Cyclopian & Caiafa |

Steve,

As we have previously discussed, Defendants intend to move for summary judgment next Friday, February 20th. We currently contemplate moving for summary judgment on the grounds that plaintiff has no admissible evidence in support of any of the elements of the claim for interference with prospective business advantage pled in the First Amended Complaint. In particular, there is no admissible evidence of any intentional act on the part of the defendants designed to disrupt plaintiff's alleged relationship with Hot Topic. Of course, these arguments are subject to modification and refinement as we prepare the motion over the next week.

I understand that we are obligated to meet and confer regarding the filing of our summary judgment motion. Are you available for a call to discuss sometime between 2 and 3:30 eastern (11 and 12:30 pacific) today. I also am available largely anytime on Monday if you are unable to do it today. Please let me know. Thank you.

**K&L GATES**

**Curt Krasik**
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412.355.8696
Fax: 412.355.6501
curtis.krasik@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.