EXHIBIT "4"

# SPRING SUMMER 2015




## FEA

- 2  ALLMAN BROTHERS BAND
- 4  ALTERBRIDGE
- 5  BEASTIE BOYS
- 6  BOSTON
- 7  BRANTLEY GILBERT
- 8  BREAKING BENJAMIN
- 8  CALVIN HARRIS
- 9  CHRIS LANE
- 9  CHRIS YOUNG
- 9  DEADMAU5
- 14 DEADMAU5 / SPACE INVADERS
- 15 DUANE ALLMAN
- 16 EAGLES
- 16 EDWARD VAN HALEN
- 20 FLORIDA GEORGIA LINE
- 22 FOO FIGHTERS
- 24 INSANE CLOWN POSSE
- 27 JIMMY EAT WORLD
- 27 JOURNEY
- 27 KID ROCK
- 28 KURT COBAIN
- 31 MAC MILLER
- 33 MARKY RAMONE
- 33 MEGADETH
- 34 MY DARKEST DAYS
- 34 NICKELBACK
- 35 NIRVANA
- 40 A PERFECT CIRCLE
- 40 PETER FRAMPTON
- 41 RAGE AGAINST THE MACHINE
- 42 REO SPEEDWAGON
- 42 SAOSIN
- 42 SELENA GOMEZ
- 42 SONIC YOUTH
- 43 STEEL PANTHER
- 43 SUBLIME
- 48 SUPER FLY
- 48 THOMAS RHETT
- 48 TOOL
- 51 THE USED
- 51 TWIZTID
- 51 VAN HALEN
- 52 WU TANG CLAN

## LIVE NATION

- 58 AC/DC
- 60 AEROSMITH
- 62 ANDRE 3000
- 62 BRUCE SPRINGSTEEN
- 63 CHASE AND STATUS
- 63 COLDPLAY
- 63 DANZIG
- 64 DAVID BOWIE
- 65 DEF LEPPARD
- 66 DEPECHE MODE
- 67 ELVIS
- 69 GORILLAZ
- 69 HUNTER HUNTED
- 69 ICONA POP
- 70 JASON BONHAM
- 70 JOHN MELLENCAMP
- 70 JUICY J
- 71 KE$HA
- 71 LED ZEPPELIN
- 75 LYNYRD SKYNYRD
- 77 MADONNA
- 78 MAROON 5
- 78 MEATLOAF
- 78 THE MISFITS
- 80 MUSHROOMHEAD
- 81 OUTKAST
- 82 PHARRELL WILLIAMS
- 83 PINK FLOYD THE WALL
- 83 RDGLDGRN
- 84 REALLY USEFUL GROUP
- 85 ROY ORBISON
- 85 SAMHAIN
- 85 SEX PISTOLS
- 87 SOUNDGARDEN
- 88 STEVE MILLER BAND
- 88 THE CLASH
- 89 THE TRAVELING WILBURYS
- 89 U2
- 89 WITHIN TEMPTATION
- 89 YOU ME AT SIX

Distributed by:

**LSI**

PH 609.465.2003
FAX 609.465.3856
502 SOUTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210

SALES@LSERVE.COM  |  800.527.6287
FOR IMMEDIATE UPDATES, SEND US YOUR EMAIL ADDRESS!


AH180 — AEROSMITH — Livin On Edge Brick Wall T


AH181 — AEROSMITH — Bad Boys From Boston T


CN101 — CHASE AND STATUS — No More Idols


CA115 — COLDPLAY — Sky Full of Stars Soft Mens T — NEW!


AH182 — AEROSMITH — Livin On Edge Jr


AH183 — AEROSMITH — Crazy Jr T


CA116 — COLDPLAY — Ghost Stores Jr T — NEW!


DZ108 — DANZIG — Marilyn Regular Mens T


3A101 — ANDRÉ 3000 — Thinking Deeply Mens Soft T — NEW!


3A102 — ANDRÉ 3000 — Art or Fart Mens Soft T — NEW!


DZ109 — DANZIG — Skull & Logo Regular Mens T


DZ114 — DANZIG — Satan's Child Regular Mens T — NEW!


BR147 — BRUCE SPRINGSTEEN — B&W Born To Run Mens T


BR222 — BRUCE SPRINGSTEEN — Born in the USA


DZ115 — DANZIG — Skull Logo Regular Mens T — NEW!


DZ116 — DANZIG — Cross with Skull Jr T — NEW!


5M104 MAROON 5 — Curl Logo Mens Slim Fit T


5M108 MAROON 5 — Mountains Juniors Tissue T


MI106 MISFITS — Legacy of Brutality Regular Mens T


MI107 MISFITS — Skull Logo Regular Mens T


5M109 MAROON 5 — Pink Halftone Photo Juniors Tissue T


5M113 MAROON 5 — Touch of Pink Photo Jr T — NEW!


MI109 MISFITS — Classic Fiend Skull Regular Mens T


MI118 MISFITS — Skeleton Solo


5M114 MAROON 5 — Standing Car Photo Soft Mens T — NEW!


ML105 MEATLOAF — Bat Out Of Hell V-Neck Jr T


MI119 MISFITS — Ghoul-arama Raglan


MI120 MISFITS — Red Arms Crossed Skeleton Mens T


ML106 MEATLOAF — Bat Out Of Hell Mens T


MI103 MISFITS — Die Die My Darling Regular Mens T


MI204 MISFITS — Horror Business Regular Mens T


MI131 MISFITS — Glow Fiend Skull


MI132 MISFITS Heart w/Bones Jr


MI133 MISFITS All Ages Skeleton


MU203 MUSHROOMHEAD MRH Filthy Hands Regular Mens T — NEW!

OK105 OUTKAST Tiger T


MI152 MISFITS Classic Fiend Square Mens Regular T — NEW!


MI153 MISFITS Voodoo Devilock Regular Mens T — NEW!


OK106 OUTKAST Gold Crown Logo Jr T


OK107 OUTKAST Gold Crown Logo Mens T


MI154 MISFITS Classic Fiend Mens Raglan T — NEW!


MI155 MISFITS Ghoularama Jr T — NEW!


OK108 OUTKAST Stankonia T


OK110 OUTKAST Gold Crown Logo Mens Pullover Hoodie


MU201 MUSHROOMHEAD X-Face Logo Regular Mens T — NEW!


MU202 MUSHROOMHEAD F*ck Logo Regular Mens T — NEW!


OK114 OUTKAST Photo L/S Raglan Jr Fleece


OK119 OUTKAST Bong Animal


RL107
RDGLDGRN
Snakelike Color Logo


RL108
RDGLDGRN
Doing the Most


YO101
ROY ORBISON
Crying Mens T


YO102
ROY ORBISON
Blue Bayou Mens T


RL109
RDGLDGRN
Sumbols Jr T


OP101
REALLY USEFUL GROUP
Logo T


YO103
ROY ORBISON
Sunglasses Photo Mens T


SN101
SAMHAIN
Death Cards Regular Mens T


OP102
REALLY USEFUL GROUP
Paisley Logo Jr T


CZ101
REALLY USEFUL GROUP
Cats Eyes Dolman Jr T


SN106
SAMHAIN
Logo With Skull Regular Mens T
NEW!


SN107
SAMHAIN
Bloodbath Begin Regular Mens T
NEW!


CZ102
REALLY USEFUL GROUP
Cat Wall T


3V101
REALLY USEFUL GROUP
Signs In Crowd T


SN108
SAMHAIN
Demon Girl Jr T
NEW!


SP112
SEX PISTOLS
Pretty Vacant Mens T