# EXHIBIT "5"

## Urban Outfitters - Misfits for 2013

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| MLN2X400 | MI101 | bk | Skeleton Singer (UO) | 17 | | |
| MLN400 | MI101 | bk | Skeleton Singer (UO) | 502 | | |
| | | | **TOTALS:** | **519** | | |

| | |
|---|---|
| **TOTAL MI Sales for 2013:** | **519** |
| **TOTAL SN Sales for 2013:** | **0** |
| **TOTAL DZ Sales for 2013:** | **0** |
| | |
| **GRAND TOTAL OF SALES MI FOR 2013:** | **519** |

# ALL OTHER CUSTOMER - MOM & POPS - Misfits for 2013

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI102 | bk | Bullet (Shelf) | 27 | | |
| T000 | MI102 | bk | Bullet (Shelf) | 173 | | |
| | | | TOTAL: | 200 | | |
| A2X0 | MI103 | bk | Die Die My Darling ( | 17 | | |
| T000 | MI103 | bk | Die Die My Darling ( | 180 | | |
| | | | TOTAL: | 197 | | |
| A2X0 | MI106 | bk | Legacy of Brutality | 11 | | |
| T000 | MI106 | bk | Legacy of Brutality | 199 | | |
| | | | TOTAL: | 210 | | |
| A2X0 | MI107 | bk | Skull Logo (Shelf) | 16 | | |
| T000 | MI107 | bk | Skull Logo (Shelf) | 396 | | |
| | | | TOTAL: | 412 | | |

| | | | | | |
|---|---|---|---|---|---|
| A2X0 | MI108 | bk | Bloody Skull Logo (S | | 15 |
| T000 | MI108 | bk | Bloody Skull Logo (S | | 110 |
| | | | **TOTAL:** | | **125** |



| | | | | | |
|---|---|---|---|---|---|
| A2X0 | MI109 | bk | Classic Fiend Skull | | 21 |
| T000 | MI109 | bk | Classic Fiend Skull | | 230 |
| | | | **TOTAL:** | | **251** |



| | | | | | |
|---|---|---|---|---|---|
| KTI75 | MI111 | ch | Logo | (Shelf) | 21 |
| KTT75 | MI112 | ch | Logo | (Shelf) | 29 |
| KTT75SZ6 | MI112 | ch | Logo | (Shelf) | 6 |
| KTK75 | MI113 | ch | Logo | (Shelf) | 23 |
| | | | **TOTAL:** | | **79** |



| | | | | | |
|---|---|---|---|---|---|
| A2X0 | MI118 | bk | Skeleton Solo (Shelf | | 3 |
| T000 | MI118 | bk | Skeleton Solo (Shelf | | 67 |
| | | | **TOTAL:** | | **70** |



| iT2X6121 | MI119 | ch/bk | Ghoul-arama Raglan ( | 5 |
| ITA6121 | MI119 | ch/bk | Ghoul-arama Raglan ( | 33 |
| | | | **TOTAL:** | 38 |



| A2X0 | MI120 | bk | Red Arms Crossed Ske | 12 |
| T000 | MI120 | bk | Red Arms Crossed Ske | 89 |
| | | | **TOTAL:** | 101 |



| A2X0 | MI204 | bk | Horror Business (She | 22 |
| T000 | MI204 | bk | Horror Business (She | 127 |
| | | | **TOTAL:** | 149 |



**GRAND TOTAL OF SALES MI FOR 2013:**          1,832

## PACIFIC SUNWEAR - Misfits for 2014

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| T000 | MI109 | bk | Classic Fiend Skull | 85 | | |
| | | | **TOTALS:** | 85 | | |

**GRAND TOTAL OF SALES MI FOR 2014:**        85
(NO SALES FOR DANZIG OR SAMHAIN)

## ALL OTHER CUSTOMER - MOM & POPS - Misfits for 2014

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI102 | bk | Bullet (Shelf) | 60 | | |
| T000 | MI102 | bk | Bullet (Shelf) | 364 | | |
| | | | TOTALS: | 424 | | |
| A2X0 | MI103 | bk | Die Die My Darling ( | 63 | | |
| T000 | MI103 | bk | Die Die My Darling ( | 802 | | |
| | | | TOTALS: | 865 | | |
| A2X0 | MI106 | bk | Legacy of Brutality | 65 | | |
| T000 | MI106 | bk | Legacy of Brutality | 808 | | |
| | | | TOTALS: | 873 | | |
| A2X0 | MI107 | bk | Skull Logo (Shelf) | 54 | | |
| T000 | MI107 | bk | Skull Logo (Shelf) | 962 | | |
| | | | TOTALS: | 1016 | | |

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI108 | bk | Bloody Skull Logo (S | 17 | | |
| T000 | MI108 | bk | Bloody Skull Logo (S | 167 | | |
| | | | TOTALS: | 184 | | |



| | | | | | | |
|---|---|---|---|---|---|---|
| A2X0 | MI109 | bk | Classic Fiend Skull | 158 | | |
| T000 | MI109 | bk | Classic Fiend Skull | 2629 | | |
| | | | TOTALS: | 2787 | | |



| | | | | | | |
|---|---|---|---|---|---|---|
| KTI75 | MI111 | ch | Logo  (Shelf) | 30 | | |
| KTT75 | MI112 | ch | Logo  (Shelf) | 25 | | |
| KTT75SZ6 | MI112 | ch | Logo  (Shelf) | 4 | | |
| KTK75 | MI113 | ch | Logo  (Shelf) | 14 | | |
| | | | TOTALS: | 73 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KTT74 | MI114 | char | Logo  (Shelf) | 3 | | |
| KTT74SZ6 | MI114 | char | Logo  (Shelf) | 1 | | |
| | | | TOTALS: | 4 | | |



| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI118 | bk | Skeleton Solo (Shelf | 110 | | |
| T000 | MI118 | bk | Skeleton Solo (Shelf | 967 | | |
| | | | TOTALS: | 1077 | | |
| IT2X6121 | MI119 | ch/bk | Ghoul-arama Raglan ( | 11 | | |
| ITA6121 | MI119 | ch/bk | Ghoul-arama Raglan ( | 174 | | |
| | | | TOTALS: | 185 | | |
| A2X0 | MI120 | bk | Red Arms Crossed Ske | 66 | | |
| T000 | MI120 | bk | Red Arms Crossed Ske | 948 | | |
| | | | TOTALS: | 1014 | | |
| LT032 | MI125 | bk | Fiend Club Est 77 Co | 487 | | |
| LTXS032 | MI125 | bk | Fiend Club Est 77 Co | 117 | | |
| | | | TOTALS: | 604 | | |

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2XGIL | Ml131 | bk | Glow Fiend Skull (Sh | 101 | | |
| T00GIL | Ml131 | bk | Glow Fiend Skull (Sh | 640 | | |
| | | | TOTALS: | 741 | | |
| TULJRTIS | Ml132 | ch he | Heart w/Bones Jr T ( | 540 | | |
| | | | TOTALS: | 540 | | |
| A2XGIL | Ml133 | ch | All Ages Skeleton (S | 129 | | |
| T00GIL | Ml133 | ch | All Ages Skeleton (S | 726 | | |
| | | | TOTALS: | 855 | | |
| TL2X331Z | Ml134 | bk | Skull Zip Hoodie (Sh | 98 | | |
| TUL331HZ | Ml134 | bk | Skull Zip Hoodie (Sh | 548 | | |
| | | | TOTALS: | 646 | | |

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI204 | bk | Horror Business (She | 101 | | |
| T000 | MI204 | bk | Horror Business (She | 1100 | | |
| | | | **TOTALS:** | 1201 | | |

**GRAND TOTAL OF SALES MI FOR 2014:**            13089

## KOHL'S - Misfits for 2015

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI120 | bk | Red Arms Crossed Ske | 12 | | |
| T000 | MI120 | bk | Red Arms Crossed Ske | 108 | | |
| | | | TOTAL: | 120 | | |



| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| FAN2XSLM | MI144 | bk | Classic Fiend Skull | 1000 | | |
| FANTSLIM | MI144 | bk | Classic Fiend Skull | 5000 | | |
| | | | TOTAL: | 6000 | | |

**GRAND TOTAL OF SALES MI FOR 2015:**     6,120

(NO SALES FOR DANZIG OR SAMHAIN)

## GORDMAN'S - Misfits for 2015

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI109 | bk | Classic Fiend Skull | 130 | | |
| T000 | MI109 | bk | Classic Fiend Skull | 796 | | |
| | | | **TOTAL:** | **926** | | |

**GRAND TOTAL OF SALES MI FOR 2015:**     926
(NO SALES FOR DANZIG OR SAMHAIN)

# WAL-MART - Misfits for 2015

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| DEL11730 | MI149 | ch | MBMI149 All Ages Ske | 140 | | |
| DEL2X117 | MI149 | ch | MBMI149 All Ages Ske | 40 | | |
| | | | TOTALS: | 180 | | |



| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| FANPOLY | MI146 | bk | GTMI146 Misfits Clas | 500 | | |
| FN2XPOLY | MI146 | bk | GTMI146 Misfits Clas | 100 | | |
| | | | TOTALS: | 600 | | |

**GRAND TOTAL OF SALES MI FOR 2015:** 780
(NO SALES FOR DANZIG OR SAMHAIN)

## ALL OTHER CUSTOMER - MOM & POPS - Misfits for 2015

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI103 | bk | Die Die My Darling ( | 5 | | |
| T000 | MI103 | bk | Die Die My Darling ( | 53 | | |
| | | | TOTAL: | 58 | | |
| A2X0 | MI106 | bk | Legacy of Brutality | 7 | | |
| T000 | MI106 | bk | Legacy of Brutality | 25 | | |
| | | | TOTAL: | 32 | | |
| A2X0 | MI107 | bk | Skull Logo (Shelf) | 5 | | |
| T000 | MI107 | bk | Skull Logo (Shelf) | 72 | | |
| | | | TOTAL: | 77 | | |
| A2X0 | MI108 | bk | Bloody Skull Logo (S | 10 | | |
| T000 | MI108 | bk | Bloody Skull Logo (S | 43 | | |
| | | | TOTAL: | 53 | | |

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI109 | bk | Classic Fiend Skull | 7 | | |
| T000 | MI109 | bk | Classic Fiend Skull | 98 | | |
| | | | TOTAL: | 105 | |  |
| KTI75 | MI111 | ch | Logo        (Shel | 2 | | |
| KTT75 | MI112 | ch | Logo | 6 | | |
| KTT75SZ6 | MI112 | ch | Logo | 1 | | |
| KTK75 | MI113 | ch | Logo | 8 | | |
| | | | TOTAL: | 17 | |  |
| A2X0 | MI118 | bk | Skeleton Solo (Shelf | 7 | | |
| T000 | MI118 | bk | Skeleton Solo (Shelf | 52 | | |
| | | | TOTAL: | 59 | | |
| ITA6121 | MI119 | ch/bk | Ghoul-arama Raglan ( | 7 | | |
| | | | TOTAL: | 7 | |  |

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2X0 | MI120 | bk | Red Arms Crossed Ske | 16 | | |
| T000 | MI120 | bk | Red Arms Crossed Ske | 54 | | |
| | | | TOTAL: | 70 | | |
| LT032 | MI125 | bk | Fiend Club Est 77 Co | 7 | | |
| LTXS032 | MI125 | bk | Fiend Club Est 77 Co | -1 | | |
| | | | TOTAL: | 6 | | |
| A2XGIL | MI131 | bk | Glow Fiend Skull (Sh | 7 | | |
| T00GIL | MI131 | bk | Glow Fiend Skull (Sh | 40 | | |
| | | | TOTAL: | 47 | | |
| TULJRTIS | MI132 | ch he | Heart w/Bones Jr T ( | 60 | | |
| | | | TOTAL: | 60 | | |

| STYLE | DESIGN | COLOR | DESCRIPTION | ITEMS | TOTAL $ | JPEG |
|---|---|---|---|---|---|---|
| A2XGIL | MI133 | ch | All Ages Skeleton (S | 7 | | |
| T00GIL | MI133 | ch | All Ages Skeleton (S | 67 | | |
| | | | TOTAL: | 74 | | |
| TL2X331Z | MI134 | bk | Skull Zip Hoodie (Sh | 5 | | |
| TUL331HZ | MI134 | bk | Skull Zip Hoodie (Sh | 9 | | |
| | | | TOTAL: | 14 | | |
| A2X0 | MI204 | bk | Horror Business (She | 1 | | |
| T000 | MI204 | bk | Horror Business (She | 37 | | |
| | | | TOTAL: | 38 | | |

**GRAND TOTAL OF SALES MI FOR 2015:** 717