KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff and Counter-
Defendant GLENN DANZIG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GLENN DANZIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD CAIAFA, an individual; CYCLOPIAN MUSIC, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV14-02540 RGK-RZx<br>Hon. R. Gary Klausner, Courtroom 850<br><br>**DECLARATION OF PLAINTIFF GLENN DANZIG FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 23, 2015<br>Time: 9:00 a.m.<br>Ctrm.: 850<br><br>Action Filed: April 3, 2014<br>Trial Date: May 5, 2015 |

I, Glenn Danzig, declare:

1. I have personal knowledge of the matters below and could and would testify competently to them if asked.

**A. I Form the Misfits, Write all of the Misfits Songs, Create All of the Misfits and Skull Logos and Artwork, and Perform as the Misfits' Lead Singer**

3421.065/865424.1

2. I formed the band the Misfits in 1976. I named the band the Misfits after the 1961 Marilyn Monroe film of the same name.

3. About a year later I replaced the Misfits bass player with Gerald Caiafa, who performed under the name "Jerry Only."

4. I wrote all of the lyrics and composed all of the music for all of the Misfits' songs.

5. I was the Misfits' lead singer.

6. I created the unique Misfits font (which Jerry renamed the "horror font"), the Misfits Skull (which Jerry renamed the "Fiend Skull"), and Misfits album artwork. I designed the Skull based on artwork related to an old, public domain movie series called "The Crimson Ghost." (In addition to being a musician, I am a graphic artist. I attended Bergen County Technical School to study commercial art, and I graduated from the New York Institute of Photograph with a degree in photography.)

7. Attached hereto as Exhibit 6 is a true and correct copy of a photograph of the Misfits performing in or about 1982, while I was a member of the band. The Skull logo is seen on an amplifier on the right side of the picture. The word "Misfits" in the font I designed is seen on the amplifier and on the front of the drum set. We typically used my Skull design as a backdrop during our shows. When the Misfits toured, I often brought materials with me to imprint the Skull design on tee shirts for fans.

8. Jerry did not design the Fiend Skull or the unique Misfits font. It was not his idea to name our band the Misfits. He did not write any of our lyrics or music. He had no professional experience as a musician when I invited him to join the Misfits.

/ / /
/ / /
/ / /

KING, HOLMES,
PATERNO &
BERLINER, LLP

3421.065/865424.1

2

**B.    The 1994 Settlement Agreement Giving Me and the Other Misfits Members Co-Ownership of the Logos and Artwork I Created for the Misfits, Including the Word "Misfits," the Misfits Font, and the Skull**

9.   In 1983, the Misfits disbanded. I then formed the band Samhain and, shortly after that, the band Danzig. Samhain and Danzig enjoyed far more success than the Misfits did while we were active. My success with those bands brought renewed attention to and sales of the Misfits' music.

10.   In 1992, Jerry, along with other former members of the Misfits whom he controlled, sued me in *Caiafa, et al. v. Anzalone, et al.*, United States District Court for the Southern District of New York Case Number 1:92-cv-06908 (the "1992 Case"). The lawsuit involved a number of Misfits-related issues, including Jerry's claim that he had rights in the Misfits name and artwork and designs I had developed for the Misfits.

11.   Through my lawyers in the 1992 case, I had settlement discussions with Jerry in 1994 and early 1995.

12.   We settled the 1992 case in early 1995 when we entered into the Settlement Agreement dated as of December 31, 1994 with former Misfits members defendant Gerald Caiafa, Paul Caiafa, Frank Licata and Julio Valverde (the "1994 Agreement"), a true and correct copy of which is attached hereto as Exhibit 7. Paragraph 5 of the 1994 Agreement provided that the parties to the agreement, including myself, would co-own "the name and trademarks of the Misfits and all logo(s) and artwork (including all artwork used on Misfits releases for Slash, Caroline or Plan 9 Records) previously associated therewith."

13.   Of course, the Misfits logos and artwork included my Misfits Skull and font designs, which we used on stage, on album covers, and in promotional material.

**C.    My Use of My Misfits Skull and Font Designs in Commerce**

14.   I understand that Jerry claims I abandoned use of my Misfits-related

designs, including the Skull and the unique font, in the second half of the 1990s and the first few years of the 2000s. I never abandoned use of those designs in commerce. I have used them to sell albums and merchandise throughout the 1980s, 1990s, 2000s, and this decade. I received and continue to receive merchandising royalties, record royalties, and publishing income from those sales.

15. Attached hereto as Exhibit 8 are true and correct copies of the CD cover, insert and CD "Misfits Walk Among Us." We released that album in 1982. The insert, on the second page of the exhibit, includes an image of my Misfits Skull design. The CD still is available for purchase by consumers on Amazon.com and through other vendors. It also was available for sale throughout the second half of the 1990s and in the 2000s. I received and continue to receive royalties from sales of the album.

16. Attached hereto as Exhibit 9 are true and correct copies of the CD cover, insert and CD "Misfits," also known as "Collection I," which my record label, Plan 9, released in 1986. The album cover is an image of my Misfits Skull. The back of the cover, the insert, and the CD itself also include Misfits Skull images. The cover, the back of the cover, and the CD itself also bear the word "Misfits" in the unique font I designed. The CD still is available for purchase by consumers on Amazon.com and through other vendors. It also was available for sale throughout the second half of the 1990s and in the 2000s. I received and continue to receive royalties from sales of the album.

17. Attached hereto as Exhibit 10 are true and correct copies of the CD cover, insert and compilation CD "Earth Misfits A.D." which Caroline Records, to which the Misfits sold its sound recordings, but not my underlying compositions embodied thereon or my artwork (including the Misfits Skull and font), released in 1995. The album cover bears images of my Misfits Skull. The back of the cover, the insert, and the CD itself also include Misfits Skull images. The cover, the back of the cover, and the CD itself also bear the word "Misfits" in the unique font I

KING, HOLMES, PATERNO & BERLINER, LLP

designed.  The CD still is available for purchase by consumers on Amazon.com and through other vendors.  It also was available for sale throughout the second half of the 1990s and in the 2000s.  I received and continue to receive royalties from sales of the album.

18. Caroline Records re-released "Misfits" Collection I in 1995.  The re-release is still available for purchase by consumers on Amazon.com and through other vendors.  It was available for sale throughout the second half of the 1990s and in the 2000s.  I received and continue to receive royalties from sales of the album.

19. Attached hereto as Exhibit 11 us a true and correct copy of the CD cover for the Misfits 1989 compilation release "Misfits Legacy of Brutality."  It bears my Skull and Misfits font designs. The CD still is available for purchase by consumers on Amazon.com and through other vendors.  It also was available for sale throughout the second half of the 1990s and in the 2000s.  I received and continue to receive royalties from sales of the album.

20. Attached hereto as Exhibit 12 are true and correct copies of the vinyl album cover and album for the Misfits 1995 compilation release known as "Misfits Collection II."  The front and back of the cover bear my Misfits Skull design.  True and correct copies of the covers, insert and CD for the CD version of that album are attached hereto as Exhibit 13.  The CD version features the Misfits Skull on the front and back covers and on the CD itself.  The album and the CD still are available for purchase by consumers on Amazon.com and through other vendors.  They also were available for sale throughout the second half of the 1990s and in the 2000s.  I received and continue to receive royalties from sales of the album.

21. My merchandiser in 1995, Brockum, sold products bearing the image of the Legacy of Brutality cover art, including decals.  Attached hereto as Exhibit 14 is a true and correct copy of a January 8, 1996 design approval form from Brockum showing Brockum's approval of the decal and that the decal was to be released as soon as possible.

22. After Brokum, my merchandisers in the second half of the 1990s, Wild Oats and Nice Man sold tee shirts and other items on my behalf bearing the image of the Misfits Skull. I understand that Blue Grape's merchandising of products on my behalf bearing the Misfits Skull is addressed in the Declaration of Felix Sebacious.

23. Attached hereto as Exhibit 15 is a true and correct copy of a screen shot of an eBay listing for "THE MISFITS – Limited Edition oop 4-Discus Coffin Box rare NEW," along with pictures of the contents of the actual box set. We put the box set out February 1996. It included four CDs, a booklet, and a Misfits pin with the Misfits Skull image. The pictures included in Exhibit 15 include the pin. I received royalties from sales of the set.

24. Attached hereto as Exhibit 16 are true and correct copies of the CD cover, insert CD of the 1997 re-release of the Misfits' 1982 album "Misfits Evilive." The album cover bears images of my Misfits Skull. The back of the cover also includes Misfits Skull images. The cover, the back of the cover, album art and the CD itself also bear the word "Misfits" in the unique font I designed. The CD still is available for purchase by consumers on Amazon.com and through other vendors. I received and continue to receive royalties from sales of the album.

25. Attached hereto as Exhibit 17 is a true and correct copy of an eBay listing for a "vtg 90s' 1998 THE MISFITS long slv Punk t-shirt Rare Danzig M L Horror Business." I recognize the t-shirt as a design that my merchandiser in 1998 sold on my behalf.

    D.  **Consumer Confusion that I am the Source of Defendant Cyclopian Music, Inc.'s ("Cyclopian") Misfits-Related Products**

26. Misfits fans generally associate me with the Misfits and Misfits-related products. I know this for many reasons. Fans frequently approach me when I am going about my daily business and at public appearances to talk about the Misfits. Fans at shows always ask me to play my Misfits songs.

27. My name, reputation and fan base often are used to sell defendants' merchandise, and consumers associate me with defendants' merchandise. Attached hereto as Exhibit 18 are true and correct copies of some of the many current examples found on Ebay.com in the few days before March 2, 2015:

    a. "Vintage 2002 THE MISFITS concert tour black shirt GLENN DANZIG skull logo SMALL." The tag on the shirt identifies it as a Cyclopian product, despite its being sold as associated with me.

    b. Misfits listing for "Misfits crimson ghost rubber bracelet, -c rwb 56 samhain danzig glenn." The picture identifies Cyclopian as the source of the bracelet, despite its being sold as associated with me.

    c. "MISFITS FIEND BELT BUCKLE SILVER HORROR HARDCORE PUNK GLENN DANZIG HEAVY METAL." The tag identifies Cyclopian as the source of the buckle, despite its being sold as associated with me.

    d. "THE MISFITS Skulls Logo 50" x 60" Micro Fleece Throw Blanket Danzig Punk Rock." The packaging on the blow-up of the picture of the product identifies Cyclopian as the product's source, despite its being sold as associated with me.

    e. "67010 The Misfits – Crimson Ghost Skull Punk Horror Danzig Fiend – BELT BUCKLE." The imprint on the inside of the buckle identifies it as a Cyclopian product, despite its being sold as associated with me.

    f. "15266 Misfits Crimson Ghost Skulls Red Logo Danzig Metal Punk Band Sticker Decal." The blowup following the eBay listing shows the decal as a Cyclopian product, despite its being sold as associated with me.

g. "15739 The Misfits Danzig Horror Punk Rock Heavy Metal Skull Sticker / Decal." The blowup following the eBay listing shows the decal as a Cyclopian product, despite its being sold as associated with me. (In fact, I created the artwork depicted in the decal, as I did all of the other artwork at issue in this case.)

h. "MISFITS HEAD KNOCKERS NECA 2002 MIB crimson ghost danzig walk among us." Notwithstanding the use of my name, Neca distributes Cyclopian product, not my product. (In fact, I created the artwork depicted in the decal, as I did all of the other artwork at issue in this case.)

28. The statements of Jerry and his lawyers in their motions and in widely released statements to the press and interviews, that I filed this lawsuit to take unfair advantage of Jerry's success with his version of the Misfits, are false. Jerry's entire career is based on a band, a name, logos, artwork and music that I created and designed. In addition, Jerry constantly refers to me in an effort to capitalize on the worldwide success of my band, Danzig.

29. At no time did I consent to Jerry registering trademarks in any of my designs. Nor did he give me any notice that he had done so. As soon as I learned that Jerry had registered and was continuing to try to register trademarks in my designs I retained counsel to challenge those fraudulent registrations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2015 at Los Angeles, California.

See Attached Signature
Glenn Danzig

g. "15739 The Misfits Danzig Horror Punk Rock Heavy Metal Skull Sticker / Decal." The blowup following the eBay listing shows the decal as a Cyclopian product, despite its being sold as associated with me. (In fact, I created the artwork depicted in the decal, as I did all of the other artwork at issue in this case.)

h. "MISFITS HEAD KNOCKERS NECA 2002 MIB crimson ghost danzig walk among us." Notwithstanding the use of my name, Neca distributes Cyclopian product, not my product. (In fact, I created the artwork depicted in the decal, as I did all of the other artwork at issue in this case.)

28. The statements of Jerry and his lawyers in their motions and in widely released statements to the press and interviews, that I filed this lawsuit to take unfair advantage of Jerry's success with his version of the Misfits, are false. Jerry's entire career is based on a band, a name, logos, artwork and music that I created and designed. In addition, Jerry constantly refers to me in an effort to capitalize on the worldwide success of my band, Danzig.

29. At no time did I consent to Jerry registering trademarks in any of my designs. Nor did he give me any notice that he had done so. As soon as I learned that Jerry had registered and was continuing to try to register trademarks in my designs I retained counsel to challenge those fraudulent registrations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2015 at Los Angeles, California.

Glenn Danzig

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2015, I electronically filed the foregoing **DECLARATION OF PLAINTIFF GLENN DANZIG FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Yvette T. Toko

3421.065/865424.1