# EXHIBIT "15"

The Misfits Limited Edition 4 Discs Coffin Box Set RARE New 017046752923 | eBay                                                                                                  3/1/15, 17:51

Hi 623599      Daily Deals    Gift Cards    Sell    Help & Contact                                                                My eBay

 **Shop by category**

All Categories    Search

Back to search results   |   Listed in category:   Music > CDs

## THE MISFITS - Limited Edition oop 4-Discs Coffin Box Set rare NEW

21 product reviews

| | |
|---|---|
| Item condition: | Brand New |
| Time left: | 24d 14h 3/26, 9:23AM |
| Price: | US $250.00 |

Buy It Now

Add to cart

2 watching

Add to watch list

Add to collection

New condition    100% positive feedback

| | |
|---|---|
| Shipping: | $11.55  Expedited Shipping |
| | Item location: Alexandria, Virginia, United States |
| | Ships to: Worldwide |
| Delivery: | Estimated between **Thu. Mar. 5 and Mon. Mar. 9** |
| Payments: | PayPal  VISA  [cards]  Credit Cards processed by PayPal |
| Returns: | Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing. |
| Guarantee: | |
| | Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller information**
2cochr0 (22  )
100% Positive feedback

Follow this seller
See other items

Add to watch list



 **GET $30 BACK**

as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through March 31, 2015. Valid for new accounts only.

**Apply Now**

Have one to sell?    Sell now

---

### People who viewed this item also viewed

Feedback on our suggestions


THE MISFITS - Limited Edition oop 4-Discs...
**$595.98**
Buy It Now
Free shipping


THE MISFITS - RARE COFFIN BOX SET...
**$495.00**
Buy It Now
Free shipping


Box Set [Coffin Box] by Misfits (U.S.)...
**$71.00**
19 bids


Songbook Box Set by Gordon Lightfoot CD...
**$79.99**
Buy It Now
Free shipping

---

**Description**    Shipping and payments                                                          Report item

171695393023

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Brand New: An item that has never been opened or removed from the manufacturer's sealing (if applicable). Item ... Read more | Genre: | Rock |
| Number of Discs: | 4 | Artist: | Misfits (U.S.) |
| UPC: | 017046752923 | Format: | CD |
| Duration: | Box Set | Release Date: | 02/27/1996 |
| Special Attributes: | Limited Edition | Record Label: | Caroline Distribution |

### Detailed item info

**Album Features**

| | |
|---|---|
| UPC: | 017046752923 |
| Artist: | Misfits (U.S.) |
| Format: | CD |
| Release Year: | 1996 |
| Record Label: | Caroline Distribution |
| Genre: | Hardcore, Punk |
| Number Of Discs: | 4 |

**Track Listing**

DISC 1:
1. She
2. Hollywood Babylon
3. Horror Business
4. Teenagers From Mars
5. Night of the Living Dead
6. Where Eagles Dare
7. Vampira
8. I Turned Into a Martian
9. Skulls
10. London Dungeon
11. Ghoul's Night Out
12. Astro Zombies
13. Can I Go Out & Kill Tonight? Mommy
14. Die My Darling Die
15. Cough/Cool
16. Children in Heat
17. Horror Hotel
18. Halloween
19. Halloween II
20. Hate Breeders
21. Braineaters
22. Nike-a-Go-Go
23. Devil's Whorehouse
24. Mephisto Waltz
25. Rat Fink
26. We Bite

DISC 2:
1. Static Age
2. T.V. Casualty
3. Hybrid Moments
4. Spinal Remains
5. Come Back
6. Some Kinda Hate
7. Theme for a Jackal
8. A*********
9. Who Killed Marilyn?
10. Where Eagles Dare
11. She
12. Halloween
13. American Nightmare
14. 20 Eyes
15. Night of the Living Dead
16. Astro Zombies
17. Horror Business
18. London Dungeon
19. Nike-a-Go-Go
20. Hate Breeders
21. Devil's Whorehouse
22. All Hell Breaks Loose
23. Horror Hotel
24. Ghoul's Night Out
25. We Are 138
26. Earth A.D.
27. Queen Wasp
28. Devilock
29. Death Comes Ripping
30. Green Hell
31. Wolfsblood
32. Demonomania
33. Bloodfeast
34. Hellhound

DISC 3:
1. Cough/Cool
2. She
3. Who Killed Marilyn?
4. Where Eagles Dare
5. Horror Business
6. Teenagers From Mars
7. Children in Heat
8. Night of the Living Dead
9. Where Eagles Dare
10. Vampira
11. Violent World
12. Who Killed Marilyn?
13. Spook City U.S.A.
14. Horror Business
15. I Turned Into a Martian
16. Skulls
17. Night of the Living Dead
18. Astro Zombies
19. Where Eagles Dare
20. Violent World
21. Halloween II
22. 20 Eyes
23. I Turned Into a Martian
24. Astro Zombies
25. Vampira
26. Devil's Whorehouse
27. Nike-a-Go-Go

28. Hate Breeders
29. 20 Eyes
30. Violent World

DISC 4: STATIC AGE:
1. Static Age - (static)
2. T.V. Casualty
3. Some Kinda Hate
4. Last Caress
5. Return of the Fly
6. Hybrid Moments
7. We Are 138
8. Teenagers From Mars
9. Come Back
10. A********
11. Hollywood Babylon
12. Attitude
13. Bullet
14. Theme for a Jackal
15. Theme For a Jackal
16. (Untitled) - (static)

Details
Playing Time:          211 min.
Producer:              Tom Bejgrowicz (Compilation), Tom Bejgrowicz
Distributor:           Caroline Distribution
Recording Type:        Studio
Recording Mode:        Stereo
SPAR Code:             n/a

Album Notes
BOX-SET is a 4-CD set containing 104 remastered tracks, 35 of which are rare or previously unreleased, including the previously unreleased Misfits debut album STATIC AGE and the original "Cough/Cool" single. It also contains a 28-page full-color booklet with complete lyrics, liner notes by Eerie Von, a complete discography, never-before-published photos, rare artwork and memorobilia. BOX-SET comes packaged in a coffin-shaped box with a faux-velour lined interior and includes a fired-enamel "Fiends Club" badge. Misfits (U.S.): Glenn Danzig (vocals); Franch Coma, Doyle, Bobby Steele (guitar); Jerry Only (bass guitar); Arthur Googy, Joey Image, Mr. Jim, Robo (drums). Personnel: Glenn Danzig (electric piano). Liner Note Author: Eerie Von. BOX SET contains most of the Misfits recorded output, including COLLECTIONS I AND II, LEGACY OF BRUTALITY, EARTH A.D., EVILLIVE, and even the legendary long lost STATIC AGE album. Rarities, unreleased studio cuts and almost every cough, hiccup and burp that the original Misfits committed to tape in their all-too-brief history as a recording unit are also featured. The best of the unreleased material includes killer versions of "Night of the Living Dead," "I Turned Into a Martian," "Violent World," and "20 Eyes."Collectors may have most of this stuff in one form or another, but for a fan desiring the vast majority of the Misfits crucial releases (and not much wasn't crucial), this is a must-have. As an added bonus, fans will salivate over ex-Samhain member Eerie Von's liner notes and the comprehensive lyrics. The packaging (a mini-coffin) is probably the most appropriate design for a box set yet to be produced.

Portions of this page Copyright 1948 - 2015 Muze Inc.  *muze*  All rights reserved.

Brand spanking new. Still in cellophane.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question



GET $30 BACK
as a statement credit  when you open an eBay MasterCard® and make
a purchase with your new card now through March 31, 2015.
Valid for new accounts only.

Apply Now

Back to search results                                                                                      Return to top

More to explore :   The Who Box Set,   RARE OOP CD,   RARE Rap OOP,   OOP RARE G Funk,   Elvis Presley Limited Edition,   The Beatles Stereo Vinyl Box Set



