EXHIBIT "17"

Hi 62359! Daily Deals Gift Cards Sell Help & Contact My eBay

 Shop by category

All Categories Search

Back to previous page | Listed in category: Clothing, Shoes & Accessories > Vintage > Unisex & T-Shirts



Mouse over image to zoom

   

Have one to sell? Sell now

### vtg 90s 1998 THE MISFITS long slv Punk t-shirt Rare Danzig M L Horror Business

Item condition: --

Price: **US $69.95**

Buy It Now

Add to cart

3 watching  Add to watch list

Add to collection

Free shipping | Hassle-free returns | 100% positive feedback

Shipping: **FREE** Expedited Shipping |
Item location: Lexington, Kentucky, United States
Ships to: Worldwide

Delivery: Between **Tue. Mar. 03** and **Fri. Mar. 06** to 90066
Estimated by eBay **FAST 'N FREE**

Payments: PayPal VISA MasterCard American Express Discover
Credit Cards processed by PayPal

Returns: Hassle-free returns | Learn more
14 days money back or item exchange, you pay return shipping

Guarantee: |
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

| Add to watch list

**Seller information**
iheartdangervintage (3688 ) 
100% Positive feedback

Follow this seller

Visit store: I HEART Danger Vin...
See other items



**GET $30 BACK**
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through March 31, 2015. Valid for new accounts only.

Apply Now

---

People who viewed this item also viewed  Feedback on our suggestions

 VINTAGE ORIGINAL TEE SHIRT MISFITS EARTH... **$70.00** Buy It Now Free shipping

 THE MISFITS FIEND CONCERT TOUR... **$49.99** Buy It Now

 RARE Vintage Front 242 Integration Eig... **$39.99** Buy It Now

 Visions New Wave Art Deco MOD Ugly Shirt... **$39.95** Buy It Now Free shipping

 Vtg Ne... $9 0 b

**Description** | Shipping and payments   Report item

391027023114

Seller assumes all responsibility for this listing.

Last updated on Jan 12, 2015 14:10:58 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Era: | 1990s (Grunge, Goth, Hip-Hop) | Color: | Black |
| Vintage Type: | True Vintage | Brand: | Anvil |
| Size: | M/L | Material: | 100% Cotton |
| Style: | Graphic Tee | Country/Region of Manufacture: | United States |
| Sleeve Length: | Long Sleeve | | |

Vtg 90s 1998 The Misfits Long slv Punk T Shirt RARE Danzig M L Horror Business | eBay

# I HEART DANGER VINTAGE



Vintage 1998 THE MISFITS Horror Business / Teenagers From Mars double sided long sleeve t-shirt

Copyright Souls Ablaze - Rare hard to find authentic vintage design

Very good condition with some honest wear (some faint discoloration, tiny hole, distress to graphic) please consult the photos - no major flaws

Marked a size large, but more like a modern medium

| | |
|---|---|
| Pit to Pit: | 20.5 |
| Length: | 27 |
| Shoulder: | 19.5 |
| Sleeve: | 25 |
| Waist: | n/a |
| Rise: | n/a |
| Inseam: | n/a |
| Other: | n/a |
| Label Size: | Large |
| Estimated Size: | Medium |



Feel free to ask any questions

We happily take returns

Please remember Vintage items will show some minor wear, we do our best to describe and photograph any additional issues

Please don't hesitate to contact us with any problems before leaving unflattering feedback, we want you to be happy!

Please note the measurements given are taken with the garment laying flat, they are not your body measurements, you must allow some room for fit and comfort

♥♥♥ WATCH THIS ITEM ♥♥♥

☆☆☆VISIT THE STORE ☆☆☆

♥♥♥ADD US TO YOUR FAVORITES♥♥♥

☆☆☆FOLLOW US ON FACEBOOK☆☆☆

♥♥♥FOLLOW US ON INSTAGRAM♥♥♥

☆☆☆FOLLOW US ON TWITTER☆☆☆

Happy Hunting Darlings!.





